IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 MAR -3 P 3: 25

CLERK B McCarthy
SO. DIST. OF GA

| | | |
|---|---|---|
| RAYMOND E. DURANT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 108-001 |
| | ) | (Formerly CR 106-124) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Petitioner's § 2255 motion is **DENIED** without an evidentiary hearing,

this civil action is **CLOSED**, and final judgment shall be **ENTERED** in favor of

Respondent.

SO ORDERED this 3rd day of ~~February~~ Mar., 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE